In the Matter of MARIELLA MAYORCA-PICCOLO, Appellant, v STEPHEN J. PICCOLO JR., Respondent.

Submitted March 26, 2007; decided June 5, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.